In re: Jin E. KIM, Debtor.

---

* The Honorable Susan R. Bolton, United States District Judge for the District of Arizona, sitting by designation.

Arturo M. CISNEROS, Chapter 7 Trustee, Appellant,

v.

Jin E. Kim, Appellee.

No. 01–55250.
BAP No. CC–00–01123–MoPB.

United States Court of Appeals, Ninth Circuit.

Submitted May 10, 2002 *.

Decided May 23, 2002.

Before KLEINFELD and GRABER, Circuit Judges, and BOLTON,** District Judge.

MEMORANDUM ***

Appellant Arturo M. Cisneros, trustee of Jin E. Kim's Chapter 7 bankruptcy estate, appeals from the Bankruptcy Appellate Panel's determination that the debtor's employee retirement plan funds were fully exempt from the bankruptcy estate under California law. Because the relevant date for determining the status of exemptions is the petition date,[1] we affirm for the reasons stated by the Bankruptcy Appellate Panel in its published opinion in *Cisneros v. Kim (In re Kim)*.[2]

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Susan Ritchie Bolton, United States District Judge for Arizona, sitting by designation.

*** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

1. See *Little v. Reaves (In re Reaves)*, 285 F.3d 1152, 1156 (9th Cir.2002).

2. 257 B.R. 680 (B.A.P. 9th Cir.2000).

